IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JUDY A. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case Number CIV-10-1202-C |
| | ) |
| MICHAEL B. DONLEY, Secretary Department of the Air Force, et al., | ) ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OPINION AND ORDER

By Order dated December 3, 2012, the Court granted Defendants' Partial Motion to Dismiss. That Order dismissed all of Plaintiff's claims except for Plaintiff's allegation of violation of Title VII. The Court granted Plaintiff 30 days to file an Amended Complaint in the event she believed that other of her claims could be revived. That 30-day period has now passed with no Amended Complaint being filed. Accordingly, this matter shall proceed solely on Plaintiff's allegation of violation of Title VII.

Defendants shall file an Answer or other responsive pleading within 14 days of the date of this Order.

IT IS SO ORDERED this 8th day of January, 2013.

ROBIN J. CAUTHRON
United States District Judge